JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CALIFORNIA IRONWORKERS FIELD PENSION TRUST, ET AL., <br><br> Plaintiff(s), <br><br> v. <br><br> KIRK NEGRETE, INC., <br><br> Defendant(s). | Case No. EDCV 17-437-KK <br><br> JUDGMENT |

On March 9, 2017, Plaintiffs[1] filed a Complaint against Defendant Kirk Negrete, Inc. doing business as United Steel Placers ("Defendant") alleging (1) breach of a written collective bargaining agreement and related trust agreements,

---

[1] Plaintiffs include the Board of Trustees of the California Ironworkers Field Pension Trust ("Pension Trust"), the Board of Trustees of the California Ironworkers Field Welfare Plan ("Welfare Plan"), the Board of Trustees of the California Field Iron Workers Vacation Trust Fund ("Vacation Trust"), the Board of Trustees of the California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund ("Training Fund"), the Board of Trustees of the California and Vicinity Field Ironworkers Annuity Trust Fund ("Annuity Fund"), the Board of Trustees of the California Field Ironworkers Administrative Trust ("Admin. Trust"), the Board of Trustees of the California Field Ironworkers Labor Management Cooperative Trust Fund ("LMC Trust"), the Board of Trustees of the Ironworkers' Compensation Trust ("Workers' Comp. Trust"), and the Board of Trustees of the Ironworker Management Progressive Action Cooperative Trust ("IMPACT") (collectively, "Plaintiffs" or the "Trust Funds").

and (2) violation of Section 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1132(g), 1145. ECF Docket No. ("Dkt.") 1, Compl.

On March 22, 2018, the Court granted in part and denied in part Plaintiffs' Motion for Summary Judgment. Dkt. 34. On April 13, 2018, Plaintiffs filed a Notice of Withdrawal of their remaining claim seeking liquidated damages for contributions that were delinquent but that Defendant paid prior to the filing of the instant action. Dkt. 39. On May 1, 2018, the Court granted Plaintiffs' Motion for Attorney's Fees and Application to Tax Costs. Dkt. 43.

Accordingly, IT IS ORDERED AND ADJUDGED that Plaintiffs shall recover from Defendant:

    $6,720.84 in interest

    $5,292.00 in audit costs

    $99,238.39 in liquidated damages

**Total Judgment: $111,251.23**

Additionally, Defendant is ORDERED to submit to Plaintiffs its books and records for November 2017 to the present.

Finally, Plaintiffs are awarded attorney's fees in the amount of $29,112.25 and costs in the sum of $490.00.

Dated: May 01, 2018

                                              HONORABLE KENLY KIYA KATO
                                              United States Magistrate Judge